Roy E. SMITH, D.V.M.

v.

Ernest J. FINOCCHIO, D.V.M.,
Chairman, et al.

No. 80–319–M.P.

Supreme Court of Rhode Island.

Oct. 17, 1980.

Frank Caprio, Providence, for petitioner.

 

Dennis J. Roberts II, Atty. Gen., Richard B. Wooley, Sp. Asst. Atty. Gen., for respondents.

### ORDER

The petition for writ of certiorari is denied.